PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 28, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISAAC JAMES OCEJO, <br><br> Defendant. | CASE NO. 1:24-mj-00123-SAB <br><br> **SEALING ORDER** <br><br> **UNDER SEAL** |

**ORDER**

The United States having applied to this Court for an order permitting it to file under seal the arrest warrant, complaint and affidavit, and its application to seal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrant, search warrant application and affidavit, application to seal and this Order in the above-entitled proceeding, shall remain under seal for a period of six (6) months or pending further order of this Court.

Dated: **Oct 26, 2024**

The Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE