**SEALED**

PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Nov 07, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ISAAC JAMES OCEJO, and<br>ISAAC JOSEPH ESTRADA,<br><br>   Defendants. | CASE NO. 1:24-cr-00274-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

  The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 7, 2024 charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl; 21 U.S.C. § 841(a)(1), (b)(1)(B) –Distribution of Fentanyl (3 Counts); 21 U.S.C. § 841(a)(1), (b)(1)(A) –Distribution of Methamphetamine (7 Counts); 21 U.S.C. §§ 841(a)(1), (b)(1)(B) –Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1), (b)(1)(C) –Distribution of Methamphetamine (4 Counts); 21 U.S.C. § 841(a)(1), (b)(1)(A) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Methamphetamine and Fentanyl; and 21 U.S.C. §

853(a) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: November 7, 2024            Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                              By     */s/ Cody S. Chapple*
                                          CODY S. CHAPPLE
                                          Assistant U.S. Attorney

                              IT IS SO ORDERED.

Dated:  November 7, 2024            _____
                                          BARBARA A. MCAULIFFE
                                          U.S. Magistrate Judge