PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC JAMES OCEJO and<br>ISAAC JOSPEH ESTRADA,<br><br>Defendants. | CASE NO. 1:24-CR-00274-JLT-SKO<br><br>**ORDER UNSEALING INDICTMENT** |

The United States, having arrested the defendant, Isaac Joseph Estrada, on an arrest warrant, and because the defendant, Isaac James Ocejo, will be arraigned on the indictment, the need for sealing the indictment has ceased;

IT IS ORDERED that the indictment and arrest warrant shall be unsealed as to both defendants.

IT IS SO ORDERED.

Dated:  **November 13, 2024**  _____
STANLEY A. BOONE
United States Magistrate Judge

1