MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00274-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ISAAC JAMES OCEJO, and ISAAC JOSEPH ESTRADA, | |
| Defendants. | |

The parties stipulate as follows:

1. A grand jury indicted the defendants on November 7, 2024. Defendants were arraigned and are out of custody. The Court scheduled a status conference on February 19, 2025, and excluded time to this date.

2. The government produced initial discovery to defendants' counsel on November 19, 2024.

3. Now, the parties have met and conferred and agree to continue the status conference until May 7, 2025. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period

1

from February 19, 2025, through May 7, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

      IT IS SO STIPULATED.

Dated:  February 10, 2025                                      MICHELE BECKWITH
                                                                Acting United States Attorney

                                                                */s/ Cody Chapple*
                                                                Cody Chapple
                                                                Assistant United States Attorney

Dated:  February 10, 2025                                      */s/ E. Marshall Hodgkins, III*
                                                                E. Marshall Hodgkins, III
                                                                Law Office of E. Marshall Hodgkins, III
                                                                Counsel for Isaac James Ocejo

Dated:  February 10, 2025                                      */s/ Robert Conrad Lamanuzzi*
                                                                Robert Conrad Lamanuzzi
                                                                Law Office of Robert Conrad Lamanuzzi
                                                                Counsel for Isaac Joseph Estrada

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from February 19, 2025, until **May 7, 2025, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**; and

2. The period from February 19, 2025, through May 7, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **February 10, 2025**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE