MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00274-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ISAAC JAMES OCEJO, and ISAAC JOSEPH ESTRADA, | |
| Defendants. | |

The parties stipulate as follows:

1. A grand jury indicted the defendants on November 7, 2024. Defendants were arraigned and are out of custody. Presently, the Court set a status conference on May 7, 2025, and excluded time to this date.

2. The government produced initial discovery to defendants' counsel on November 19, 2024.

3. Now, the parties have met and conferred and agree to continue the status conference until June 18, 2025. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period

1

from May 7, 2025, through June 18, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: April 30, 2025                              MICHELE BECKWITH
                                                   Acting United States Attorney

                                                   */s/ Cody Chapple*
                                                   Cody Chapple
                                                   Assistant United States Attorney


Dated: April 30, 2025                              */s/ E. Marshall Hodgkins, III*
                                                   E. Marshall Hodgkins, III
                                                   Law Office of E. Marshall Hodgkins, III
                                                   Counsel for Isaac James Ocejo


Dated: April 30, 2025                              */s/ Robert Conrad Lamanuzzi*
                                                   Robert Conrad Lamanuzzi
                                                   Law Office of Robert Conrad Lamanuzzi
                                                   Counsel for Isaac Joseph Estrada

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from May 7, 2025, until **June 18, 2025, at 1:00 p.m. before Magistrate Judge Shiela K. Oberto**.

2. The period from May 7, 2025, through June 18, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).; and

3. The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated: 5/2/2025

*Sheila K. Oberto*
Sheila K. Oberto
United States Magistrate Judge