ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>           v.<br><br>ISAAC JAMES OCEJO,<br><br>                      Defendant. | CASE NO. 1:24-CR-00274-JLT-SKO<br><br>**STIPULATION TO SET CHANGE OF PLEA, VACATE TRIAL, AND EXCLUDE TIME; AND ORDER** |

The parties stipulate as follows:

1. A grand jury indicted the defendants on November 7, 2024. Defendants were arraigned and are out of custody. The defendant was arraigned and released on conditions on November 5, 2024. ECF 12.

2. The government produced initial discovery to defendants' counsel on November 19, 2024.

3. On June 18, 2025, the Court set this case for jury trial on December 2, 2025. ECF 41. Time was excluded to that date.

4. On October 8, 2025, the parties executed a plea agreement and filed it with the Court. ECF 44.

5. Now, the parties have met and conferred and agreed to vacate the December 2, 2025, trial date and set a change of plea hearing in this case before the district court on January 26, 2026. This date

1 was cleared with the court's clerk.

2     6.    The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from December 2, 2025, through January 26, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

    IT IS SO STIPULATED.

Dated: October 13, 2025                        ERIC GRANT
                                                 United States Attorney

                                                 */s/ Cody Chapple*
                                                 Cody Chapple
                                                 Assistant United States Attorney

Dated: October 13, 2025                        */s/ E. Marshall Hodgkins, III*
                                                 E. Marshall Hodgkins, III
                                                 Law Office of E. Marshall Hodgkins, III
                                                 Counsel for Isaac James Ocejo

**ORDER**

The Court has read and considered the parties' stipulation to set a change of plea hearing, vacate the trial date, and exclude time.

Therefore, for good cause shown:

1. The jury trial set for December 2, 2025, is **VACATED**.

2. A change of Plea Hearing is hereby **SET** for **January 26, 2026, at 09:00 a.m.**, in person, in Courtroom 4, before District Judge Jennifer L. Thurston.

2. The period from December 2, 2025, through January 26, 2026, shall be **EXCLUDED** pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 14, 2025**

UNITED STATES DISTRICT JUDGE

3