ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00274-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |
| ISAAC JAMES OCEJO, | |
| Defendant. | |

The parties stipulate as follows:

1.      A grand jury indicted Ocejo and a co-defendant on November 7, 2024. ECF 15. On October 8, 2025, the parties entered into a plea agreement and filed it with the Court. ECF 44. On January 26, 2026, Ocejo pled guilty. ECF 54. Presently, the sentencing hearing is set for April 20, 2026.

2.      Now, the parties have met and conferred and agree to continue the sentencing hearing to June 22, 2026. The parties also agree that good cause exists for the continuance to allow defense adequate time to review the PSR and prepare for sentencing. The parties confirmed the availability of the Court on June 22, 2026.

3.      This is the parties' first request for a continuance.

///

///

1

4.      The parties agree they will not seek to continue the sentencing hearing again for the above reasons.

IT IS SO STIPULATED.

Dated:  April 9, 2026                                ERIC GRANT
                                                              United States Attorney


                                                              */s/ Cody Chapple*
                                                              Cody Chapple
                                                              Assistant United States Attorney


Dated:  April 9, 2026                                */s/ E. Marshall Hodgkins, III*
                                                              E. Marshall Hodgkins, III
                                                              Law Office of E. Marshall Hodgkins, III
                                                              Counsel for Isaac James Ocejo


**ORDER**

The Court has read and considered the parties' stipulation to continue the sentencing hearing. The Court finds there is good cause for the continuance to allow the defendant reasonable time to complete his review of the record and reasonable time to prepare for sentencing.

Therefore, for good cause shown:

1.      The sentencing hearing is continued from April 20, 2026, until **June 22, 2026, at 9:00 a.m. before District Judge Jennifer L. Thurston.**

IT IS SO ORDERED.

Dated:    **April 14, 2026**

UNITED STATES DISTRICT JUDGE